1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   RICARDO CHAVEZ,                  )   NO. EDCV 07-01217 SS
                                      )
12                   Plaintiff,       )
                                      )   **JUDGMENT**
13              v.                    )
                                      )
14   MICHAEL J. ASTRUE,               )
     Commissioner of the Social       )
15   Security Administration,         )
                                      )
16                   Defendant.       )
     _____)
17

18

19

20       IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED

21   and that the above-captioned action is dismissed with prejudice.

22

23

24   DATED: November 28, 2008.

25                                              /S/

26                                   _____
                                     SUZANNE H. SEGAL
27                                   UNITED STATES MAGISTRATE JUDGE

28